**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:17-CV-80397 DIMITROULEAS**
Magistrate Judge Snow

ROBERT WARSHAW,
    Plaintiff(s),
vs.
SCOTT J. WORTMAN AND
KORTE & WORTMAN, P.A.,
    Defendants(s),
_____/

## NOTICE OF SETTLEMENT

Plaintiff ROBERT WARSHAW, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached a settlement of this matter. The parties will file a Stipulation for Dismissal of this action with prejudice upon the execution of the written settlement agreement. Respectfully submitted this **13th** day of November, 2017.

/s/    *John J.R. Skrandel*,   FL Bar #120413
Jerome F. Skrandel, PL Counsel for Plaintiff
300 Prosperity Farms Road, Suite D
North Palm Beach, FL 33408-5212
Phone (561)863-1605 Fax (561)863-1606
Email   JFSPA@MSN.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing and a copy to the persons listed above on this 13th day of November, 2017:

Sarah Gray, Esq, FL Bar #100246
2041 Vista Parkway, Suite 102, West Palm Beach, FL 33411
Phone: 561-340-4552    Fax:    561-245-9075
Email   service@kwlawfirm.com    sgray@kwlawfirm.com
Counsel for Defendants Scott J. Wortman and Korte & Wortman, P.A.

By   /s/ *John J.R. Skrandel*
Florida Bar Number 120413