**10UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80397 DIMITROULEAS**
Magistrate Judge Snow

ROBERT WARSHAW,
    Plaintiff(s),
vs.
SCOTT J. WORTMAN AND
KORTE & WORTMAN, P.A.,
    Defendants(s),
_____/

**JOINT STIPULATION OF DISMISSAL WITH
PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff ROBERT WARSHAW and Defendants SCOTT J. WORTMAN and KORTE & WORTMAN, P.A., (collectively, the "Parties"), hereby stipulate and agree to the following:

(1)    The Parties have settled all issues in this matter; and,

(2)    This case, including the Rule 11 Motion for Sanctions, is dismissed with prejudice, each party to bear their own attorney's fees and costs.

**CONSENT OF COUNSEL FOR DEFENDANTS SCOTT J. WORTMAN AND
KORTE & WORTMAN, P.A.**

Pursuant to Rule 3J (3) of the CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for the Plaintiff represents to the Court that counsel for Defendants Scott J. Wortman and Korte & Wortman, P.A., has authorized him to affix his/her/their electronic signatures to this Joint Stipulation for Dismissal With Prejudice.

| *Counsel for Plaintiff* <br> Robert Warshaw <br><br> */s/    John J.R. Skrandel* <br> John J.R. Skrandel, Esq., Fla Bar#120413 <br> **Jerome F. Skrandel, PL** <br> 300 Prosperity Farms Road, Suite D <br> North Palm Beach, FL 33408-5212 <br> Email   JFSPA@MSN.COM <br> Tel:    561-863-1605 <br> Fax:    561- 863-1606 <br> Email   JFSPA@MSN.COM | *Counsel for Defendants Scott J. Wortman and Korte & Wortman, P.A.* <br><br> */s/    Scott Wortman* <br> Scott Wortman, Esq., Fla Bar# 454222 <br> Sarah Gray, Esq., Fla Bar# 100246 <br> **Korte & Wortman, P.A.** <br> 2041 Vista Parkway, Suite 102 <br> West Palm Beach, FL 33411 <br> Tel:    561-340-4552 <br> Fax:    561-245-9075 <br> Email   service@kwlawfirrn.com <br>             HOA@kwlawfirm.com <br>             SWortman@kwlawfirm.com <br>             sgray@kwlawfirm.com |
|---|---|

*/s/    John J.R. Skrandel*,   FL Bar #120413
Jerome F. Skrandel, PL, Counsel for Plaintiff
300 Prosperity Farms Road, Suite D
North Palm Beach, FL 33408-5212
Phone (561)863-1605 Fax (561)863-1606
Email   JFSPA@MSN.COM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing and a copy to the persons listed above on this 15th day of November, 2017:

Sarah Gray, Esq, FL Bar #100246
**Korte & Wortman, P.A.**
2041 Vista Parkway, Suite 102
West Palm Beach, FL 33411
Phone: 561-340-4552         Fax:    561-245-9075
Email   service@kwlawfirm.com        sgray@kwlawfirm.com
Counsel for Defendants Scott J. Wortman and Korte & Wortman, P.A.

By    */s/  John J.R. Skrandel*
Florida Bar Number 120413