UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80397-CIV-DIMITROULEAS

ROBERT WARSHAW,

    Plaintiff,

vs.

SCOTT J. WORTMAN AND
KORTE & WORTMAN, P.A.,

    Defendant(s).
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 76] (the "Joint Stipulation"), filed herein on November 15, 2017. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 76] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear their own attorney's fees and costs;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All Counsel of Record